# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| Jeffrey Todd Cooley, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:25-cv-00056-ALM |
| | § | JURY |
| Union Pacific Railroad Company, | § § | |
| Defendant. | § | |

## **ORDER**

Before the Court is Plaintiff's Motion for Reconsideration of the Order Dismissing the Case. Having reconsidered this Court's Memorandum Opinion and Order dated November 3, 2025 (Dkt. #47), the Court reverses and vacates that Order, and hereby reinstates this case.

1