UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Jeffrey Todd Cooley, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-00056-ALM |
| | § | JURY |
| Union Pacific Railroad Company, | § | |
| | § | |
| Defendant. | § | |

**REPLY IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR RECONSIDERATION**

Regarding Dkt. #49 (the "Response"), Plaintiff offers the following:

First, Plaintiff is not arguing (as Defendant claims) that Union Pacific may have conducted another unknown examination or test after September 5, 2014. Rather, Plaintiff argues that Union Pacific did subject him to additional examination and assessment by Health and Medical Services, before HMS decided to impose restrictions on Cooley on September 25, 2014. The Response does not dispute this.

Second, *Zaragoza*[1] is distinguishable because the Court in that case was not asked to decide whether the fitness-for-duty examination included anything beyond just the color-vision field test. Therefore, by treating *Zaragoza* as dispositive, this Court never squarely addressed Plaintiff's contention: that the examination included HMS's receipt and review of the test results along with other information, such as Cooley's essential job functions, his ten-year history of correctly identifying colored train signals, and (as required by the Americans With Disabilities

---

[1] *Zaragoza v. Union Pac. R.R. Co.*, 112 F.4th 313 (5th Cir. 2024).

1

Act) whether reasonable accommodations might allow Cooley to continue working as a conductor.

Because the examination did not begin and end on September 5, 2014, Cooley was subject to a fitness-for-duty examination after September 18, 2014, meaning he was not unambiguously excluded from the revised *Harris* class definition. Plaintiff's claims were therefore tolled, and his claims are therefore not barred by limitations.

This Court should therefore vacate its order dismissing the case.

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

On December 23, 2025, I filed the foregoing document with the Clerk of the U.S. District Court for the Eastern District of Texas using the court's electronic filing system, which constitutes service on all parties under Rule 5(b) of the Federal Rules of Civil Procedure.

/s/ Donald E. Uloth
Donald E. Uloth