# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| Jeffrey Todd Cooley, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-00056-ALM |
| | § | JURY |
| Union Pacific Railroad Company, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEAL

Plaintiff hereby appeals to the United States District Court of Appeals for the Fifth Circuit from the November 3, 2025 Memorandum Opinion and Order (Dkt # 47) granting Defendant's Motion to Dismiss Plaintiff's Amended Complaint and dismissing the case with prejudice.

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

On April 13, 2026, I filed the foregoing document with the Clerk of the U.S. District Court for the Eastern District of Texas using the court's electronic filing system, which constitutes service on all parties under Rule 5(b) of the Federal Rules of Civil Procedure.

/s/ Donald E. Uloth
Donald E. Uloth

1