**TRANSCRIPT ORDER FORM (DKT-13)** READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court _Eastern District of Texas, Sherman Division_ District Court Docket No. _4:25-CV-56_

Short Case Title _Cooley v. Union Pacific Railroad Company_

**ONLY ONE COURT REPORTER PER FORM** Court Reporter _n/a_

Date Notice of Appeal Filed in the District Court _April 13, 2026_ Court of Appeals No. _26-40211_

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

■No hearings ■Transcript is unnecessary for appeal purposes □Transcript is already on file in the Clerk's Office

   **OR**

   **Check all of the following that apply, include date of the proceeding**.

   This is to order a transcript of the following proceedings: □Bail Hearing _____ □Voir Dire _____

□Opening Statement of Plaintiff _____ □Opening Statement of Defendant _____

□Closing Argument of Plaintiff _____ □Closing Argument of Defendant:_____

□Opinion of court _____ □Jury Instructions _____ □Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

□Private Funds;    □Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);

□Other IFP Funds;    □Advance Payment Waived by Reporter;    □U.S. Government Funds

□Other_____

Signature_ /s/ Donald E. Uloth _ Date Transcript Ordered _n/a_

Print Name_Donald E. Uloth_ Phone _(214) 989-4396_

Counsel for_Appellant, Jeffrey Todd Cooley_

Address_18208 Preston Rd., St. D-9 # 261, Dallas, TX 75252_

Email of Attorney: _don.uloth@uloth.pro_

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: □Deposit not received □Unable to contact ordering party □Awaiting creation of CJA 24 eVoucher

          □Other (Specify) _____

Date _____ Signature of Reporter _____Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

          This is to certify that the transcript has been completed and filed at the District Court today.

          Actual Number of Pages _____ Actual Number of Volumes_____

Date _____ Signature of Reporter _____